ACCEPTED
03-15-00349-CV
6340232
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 8:52:14 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00349-CV

**In the
Third Court of Appeals
Of Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 8:52:14 AM
~~JEFFREY D. KYLE~~
Clerk

SHAMROCK PSYCHIATRIC, P.A.

*Appellants*,

V.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
KYLE JANEK, MD, EXECUTIVE COMM'R
AND DOUGLAS WILSON, INSPECTOR GENERAL

*Appellees,*

On appeal from the 126th District Court, Travis County, Texas
Cause NO. D-1-GV-14-001833

## FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Appellant asks the Court to extend the time to file Appellant's Brief.

### A. Introduction

1. Appellant is Shamrock Psychiatric, P.A..

2. This motion is filed within the period to file a motion to extend the time to file briefs, as required by Rules 10.5 and 38.6.

3. The appellees are not opposed to this motion.

### B. Argument & Authorities

4. The Court may grant an extension of time to file briefs under Texas Rule of Appellate Procedure 38.6.

Appellant Shamrock Psychiatric, P.A.'s Motion to Extend Time to File Brief
Page 1 of 4

5.	The deadline to file the Brief is August 5, 2015.

6.	Appellant requests an additional 30 days to file its Brief, extending the time until September 4, 2015.

7.	Appellant requests this extension because intervening appellate briefs and legal matters, including:

a. Briefing and oral argument on the merits in Cause No. D-1-GN-14-2229, Antoine Dental Center v. Texas Health and Human Services Commission and Office of Inspector General, in the 200th District Court of Travis County, Texas;

b. Merits hearing in SOAH Docket No. 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, Texas Juvenile Justice Department v. Curtis Jones, before the State Office of Administrative hearings; and

c. A change in the physical location of our law office which necessitated several days without access to our server and computers.

8.	No previous extension has been requested or granted to extend the time to file Appellant's Brief.

## C. Prayer

8.	For these reasons, Appellant asks the Court to grant an extension of time to file Brief until September 4, 2015.

Respectfully Submitted,


_____
Jason Ray
State Bar No. 24000511
RIGGS & RAY, P.C.
506 West 14th Street
Austin, Texas 78701
(512) 457-9806 Telephone
(512) 457-9066 Facsimile
jray@r-alaw.com
**ATTORNEY FOR APPELLANT**


## CERTIFICATE OF CONFERENCE

I communicated by email on August 3, 2015 with opposing counsel,

Eugene A. Clayborn and he advised that he does not oppose this motion.


_____
Jason Ray

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by eservice on August 4, 2015 to the following:

Eugene A. Clayborn
Assistant Attorney General
Deputy Chief, Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 125548, Capitol Station
Austin, Texas  78711-2548
Eugene.clayborn@texasattorneygeneral.gov

_____
Jason Ray